Gerald West #768228
Rayburn Correctional Center
27268 Highway 21 N.
Angie, Louisiana 70426-3030

United States District Court, Eastern District
Hale Boggs Federal Building
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

FIRST-CLASS

US POSTAGE
$004.02





RECEIVED

JUL 27 2026    SNS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEP   / CLERK

NOT CENSORED
NOT RESPONSIBLE FOR CONTENTS

JUL 23 2026

RAYBURN CORRECTIONAL CENTER