**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **GERALD WEST** | **CIVIL ACTION** |
| **VERSUS** | **NO.  26-1655** |
| **KEITH BICKHAM, ET AL** | **SECTION: "I"  (4)** |

**O R D E R**

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a).  The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of this court.  All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, 30th day of July, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

7/30/26
REALLOTTED TO
**SECT. N**